**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2007

**By Hand**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-07

                    Re:    **United States v. Sanchez et al.**
                           **07 Cr. 502 (VM)**

Dear Judge Marrero:

            This case is scheduled for trial on October 22, 2007.  The parties respectfully
request leave of this Court to file all motions in limine, joint requests to charge and voir dire by no
later than Tuesday, October 16, 2007.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                        United States Attorney

Request GRANTED. The time for
the parties herein to file all
pre-trial submissions in
connection with the trial         By:
of this case is extended                _____
to 10-16-07                             Rua M. Kelly
                                        Assistant United States Attorney
**SO ORDERED:**                         (212) 637-2471
10-12-07        _____
**DATE**        **VICTOR MARRERO, U.S.D.J.**

cc:    Jennifer L. Brown, Esq.  (by facsimile)
       Xavier R. Donaldson, Esq.  (by facsimile)
       Donald J. Yannella, Esq.  (by facsimile)