```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

UNITED STATES OF AMERICA          :

        v.                              :

RUBIN PEREZ, a/k/a "Ruben Perez,"  :     S1 07 Cr. 502

        Defendant.                 :

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: OCT 2 5 2007

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 846 and Title 21, United States Code, Section 841(b)(1)(A), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

        *[signature: Ruen rer R]*
        _____
        Defendant

        *[signature]*
        _____
        Witness

        *[signature]*
        _____
        Counsel for Defendant

Date:  New York, New York
       October 25, 2007