# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

December 12, 2006

**BY HAND DELIVERY**

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

*[Stamp: RECEIVED DEC 13 2007 CHAMBERS OF JUDGE MARRERO]*

**Re:   United States v. Frank Tejeda**
      **07 Cr. 502 (VM)**

Dear Judge Marrero:

Attached is an <u>ex parte</u> application for an Order to permit the annexed subpoena to be issued to the following:

   Legal Department
   MCC New York
   150 Park Row
   New York, NY 10007

Directing the production of the following:

   Any and all disciplinary records in the possession of Metropolitan Correctional Center for **Ruben Perez, Reg. No. 70323-054 from May 21, 2007 - October 31, 2007**.

If the Court grants our request, I respectfully request that chambers notify my office, so that we may then pick up the Order from Your Honor's chambers.

Respectfully submitted,

*[signature]*

Jennifer Brown
Assistant Federal Defender
(212) 417-8792

---

*[Handwritten note:]* Request DENIED. Defendant fails to show what good cause pertaining to the pending matter arising out of the instant action warrants the subpoena of the disciplinary records of Ruben Perez.

**SO ORDERED:**
12-13-07
DATE    /s/ VICTOR MARRERO, U.S.D.J.

*[Stamp:]* USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12-17-07