**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

January 28, 2008

**By Hand**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
JAN 2 8 2008
CHAMBERS OF
JUDGE MARRERO

Re:    **United States v. Rubin Perez**
       **07 Cr. 502 (VM)**

Dear Judge Marrero:

As Your Honor is aware, the defendant, Rubin Perez, is scheduled to be sentenced on February 29, 2008.  The Government respectfully requests, with the consent of defense counsel, that the sentencing be adjourned until late April.  At this time, neither of Mr. Perez's co-defendants (Javier Sanchez and Frank Tejeda) have been sentenced; accordingly, the Government does not yet have the requisite information to file a motion under Section 5K1.1 of the Sentencing Guidelines as contemplated by Mr. Perez's cooperation agreement with the Government.

Thank you in advance for your consideration of this matter.

Request GRANTED. The sentencing of defendant *Rubin*
*Perez* herein is rescheduled to 4-25-08
at 3:30 p.m.

SO ORDERED.

1-28-08
DATE        VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:    
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

cc:    AUSA Jeffrey A. Brown
       Xavier R. Donaldson, Esq., Counsel to Rubin Perez
       Stephanie Dunne, United States Probation Officer