

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 16, 2008



APR 16 2008

**By Hand**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Rubin Perez**
              **07 Cr. 502 (VM)**

Dear Judge Marrero:

      As Your Honor is aware, the defendant, Rubin Perez, is scheduled to be sentenced on April 25, 2008. The Government respectfully requests, with the consent of defense counsel, that the sentencing be adjourned until late June. At this time, neither of Mr. Perez's co-defendants (Javier Sanchez and Frank Tejeda) have been sentenced; accordingly, the Government does not yet have the requisite information to file a motion under Section 5K1.1 of the Sentencing Guidelines as contemplated by Mr. Perez's cooperation agreement with the Government.

      Thank you in advance for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Rua M. Kelly
Assistant United States Attorney
(212) 637-2471

```
Request GRANTED. The sentencing of defendant Rubin
Perez     herein is rescheduled to 6-27-08
at 2:15 P.M.
SO ORDERED.
4-16-08                  _____
DATE                     VICTOR MARRERO, U.S.D.J.
```

cc:    AUSA Jeffrey A. Brown
         Xavier R. Donaldson, Esq., Counsel to Rubin Perez
         Stephanie Dunne, United States Probation Officer