

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2008

**By Hand**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    **United States v. Rubin Perez**
                  **07 Cr. 502 (VM)**

Dear Judge Marrero:

        As Your Honor is aware, the defendant, Rubin Perez, is scheduled to be sentenced on June 27, 2008. The Government respectfully requests, with the consent of defense counsel, that the sentencing be adjourned until July 10 or 11, 2008. The Government has been advised that defense counsel will be on trial in federal court in White Plains through the end of next week, and thus will not be available for sentencing until the above-referenced dates. In addition, the undersigned Assistant will be on trial beginning the week of July 21, 2008 for 1-2 weeks.

        Thank you in advance for your consideration of this matter.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By:     /s/
     Rua M. Kelly
     Assistant United States Attorney
     (212) 637-2471

Request GRANTED. The sentencing of defendant Ruben Perez herein is rescheduled to 7-11-08 at 3:00 p.m.
SO ORDERED.
6-26-08
DATE — VICTOR MARRERO, U.S.D.J.

cc:    AUSA Jeffrey A. Brown
        Xavier R. Donaldson, Esq., Counsel to Rubin Perez
        Stephanie Dunne, United States Probation Officer