| | | |
|---|---|---|
| Xavier R. Donaldson<br>Anthony S. Chilliest<br>Erika McDaniel Edwards*<br>*Member NY, NJ & GA Bars | **DONALDSON, CHILLIEST & MCDANIEL, LLP**<br>Attorneys at Law<br>1825 Park Avenue, Suite 1102<br>New York, New York 10035<br>Telephone (212) 722-4900<br>Facsimile (212) 722-4966 | Ozio Thaddeus Wells<br>Thomas B. Donaldson<br>Paula Brown Donaldson<br>Of Counsel<br>622 Bloomfield Avenue, lower level<br>Bloomfield, New Jersey 07003<br>(973) 743-4700 |

July 10, 2008

**Via Facsimile (212) 805-6382**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-08
```

Re:   United States v. Rubin Perez
      07 Cr. 502 (VM)

Dear Judge Marrero:

As your Honor is aware, the defendant, Rubin Perez, is scheduled to be sentenced on July 11, 2008. The defendant respectfully requests, with the consent of the Government, that the sentencing be adjourned until any date convenient to the court after August 12, 2008. The defense is currently on trial in federal court in White Plains through the end of next week. Also, the Government will be on trial the week of July 21, 2008, through the end of the following week, and thus will not be available for sentencing until the above-referenced date.

Should you have any questions regarding this matter, please do not hesitate to contact me.

Request GRANTED. The sentencing of defendant Rubin Perez herein is rescheduled to 9-5-08 at 10:15 a.m.

SO ORDERED.

DATE: 7-10-08

VICTOR MARRERO, U.S.D.J.

Sincerely,

Donaldson, Chilliest & McDaniel, LLP

Xavier R. Donaldson, Esq.

cc:   A.U.S.A. Rua M. Kelly